**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MY HEALTH, INC. and<br>UNIVERSITY OF ROCHESTER,<br><br>     Plaintiffs,<br><br>v.<br><br>ZEOMEGA, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:12-cv-251<br><br><br>**(JURY TRIAL DEMANDED)** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff My Health, Inc. ("My Health") hereby submits this Corporate Disclosure

Statement pursuant to Federal Rule of Civil Procedure 7.1.  My Health has no parent and there is

no publicly held corporation that owns 10% or more of its corporate stock.

Respectfully submitted,

Dated:  April 23, 2012

By: /s/     Elizabeth L. DeRieux
     S. Calvin Capshaw
     State Bar No. 03783900
     ccapshaw@capshawlaw.com
     Elizabeth L. DeRieux
     State Bar No. 05770585
     ederieux@capshawlaw.com
     CAPSHAW DERIEUX, L.L.P.
     114 East Commerce Avenue
     Gladewater, Texas 75647
     Telephone: (903) 236-9800
     Facsimile: (903) 236-8787

     James B. Belshe*
     jbelshe@kmclaw.com

James T. Burton*
jburton@kmclaw.com
KIRTON | McCONKIE
60 East South Temple, Suite 1800
Salt Lake City, UT 84111
Telephone:  (801) 328-3600
Fax:  (801) 321-4893

Michael R. Wolford*
mwolford@wolfordfirm.com
THE WOLFORD LAW FIRM LLP
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8008
Facsimile: (585) 325-8009

*Pro Hac Vice Application Pending


C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
Jeffrey S. David
State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

ATTORNEYS FOR PLAINTIFFS