IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MY HEALTH, INC. AND<br>UNIVERSITY OF ROCHESTER,<br><br>　　　　*Plaintiff*,<br>vs.<br><br>ZEOMEGA, INC.,<br><br>　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:12-cv-251<br><br><br><br>**JURY TRIAL DEMANDED** |

PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs' My Health, Inc. and University of Rochester by and through the undersigned counsel, respectfully disclose the following:

1. All persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

　　　a. My Health, Inc., Plaintiff

　　　b. University of Rochester, Plaintiff

　　　c. ZeOmega, Inc., Defendant

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 4, 2012　　　By:　/s/ C. Dale Quisenberry
　　　　　　　　　　　　　　　　C. Dale Quisenberry
　　　　　　　　　　　　　　　　State Bar No. 24005040
　　　　　　　　　　　　　　　　dquisenberry@pqelaw.com
　　　　　　　　　　　　　　　　John T. Polasek
　　　　　　　　　　　　　　　　State Bar. No. 16088590
　　　　　　　　　　　　　　　　tpolasek@pqelaw.com

        Jeffrey S. David
        State Bar No. 24053171
        jdavid@pqelaw.com
        POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
        6750 West Loop South, Suite 920
        Bellaire, Texas 77401
        Telephone: (832) 778-6000
        Facsimile: (832) 778-6010

        S. Calvin Capshaw
        State Bar No. 03783900
        ccapshaw@capshawlaw.com
        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        CAPSHAW DERIEUX, L.L.P.
        114 East Commerce Avenue
        Gladewater, Texas 75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        James B. Belshe *
        (jbelshe@kmclaw.com)
        James T. Burton *
        (jburton@kmclaw.com)
        Jackie Pilling *
        (jpilling@kmclaw.com)
        **KIRTON & McCONKIE**
        60 East South Temple, Suite 1800
        Salt Lake City, Utah  84111
        Telephone:  (801) 328-3600
        Facsimile:  (801)321

        Michael R. Wolford*
        mwolford@wolfordfirm.com
        THE WOLFORD LAW FIRM LLP
        600 Reynolds Arcade Building
        16 East Main Street
        Rochester, New York 14614
        Telephone: (585) 325-8008
         Facsimile: (585) 325-8009

        **Pro Hac Vice* Application Pending

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of September , 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                                   /s/ C. Dale Quisenberry